*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DENIS K. ROTROFF,** <br><br> Petitioner, <br><br> v. <br><br> **STEPHEN MAYBERG,** <br><br> Respondent. | C 08-2971 RMW (PR) <br><br> **[ ] ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause of July 23, 2008, and provide the relevant state court record, will be extended to December 20, 2008. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer or otherwise responsive pleading.

Dated:  12/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

[] Order - C 08-2971 RMW (PR)

1