1

2

3

4            *E-FILED - 4/14/10*

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   DENIS K.  ROTROFF,                    )        No. C 08-2971 RMW (PR)
                                            )
11            Petitioner,                   )        ORDER REQUIRING
                                            )        RESPONDENT TO FILE
12      vs.                                 )        ADDITIONAL EXHIBITS
                                            )
13   STEPHEN MAYBERG,                       )
                                            )
14            Respondent.                   )
     ───────────────────────────────────   )

15

16        Petitioner, a civil detainee at Coalinga State Hospital under California's "Sexually

17   Violent Predators Act" (California Welfare & Institutions Code § 6600 et. seq.) ("SVPA"), filed

18   a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Following an initial

19   review of the petition, the court found petitioner's claims cognizable and ordered respondent to

20   show cause why the petition should not be granted.  Respondent filed an answer denying the

21   merits of the petition, along with a supporting memorandum and exhibits.  The court requires

22   supplemental materials to aid its review of petitioner's claims.  Accordingly, **within twenty-one**

23   **(21) days** of the date this order is filed, respondent shall file with the court and serve on

24   petitioner a copy of petitioner's 1979 plea agreement and a copy of the transcript of petitioner's

25   July 5, 1979 plea colloquy.

26        IT IS SO ORDERED.

27   DATED: ___4/14/10___

                                          *Ronald M. Whyte*
                                          ─────────────────────────
                                          RONALD M. WHYTE
28                                        United States District Judge

Order Requiring Respondent to File Additional Exhibits
P:\PRO-SE\SJ.Rmw\HC.08\Rotroff971exh.wpd